UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICKEY BROCK, ETC., ET AL | CIVIL ACTION |
| VERSUS | NO. 12-1474 |
| AUTOLIV, INC., ET AL | SECTION: C/5 |

### ORDER OF TRANSFER

**IT IS ORDERED** that the above captioned matter be **TRANSFERRED** to Section "E" of this Court to replace C.A. 12-0816, which was returned to the docket of the undersigned.

New Orleans, Louisiana this 29th day of June 2012.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE

JUN 29 2012

TRANSFERRED TO
SECT. E